IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | |
|---|---|
| ASHLEY BURKE,<br>   Plaintiff, | )<br>)<br>) |
| v. | )    Civil No. 3:16cv153 (HEH) |
| FEDERAL NATIONAL MORTGAGE<br>ASSOCIATION,<br>   Defendant. | )<br>)<br>)<br>)<br>) |

**ORDER**

This matter comes before the Court for resolution of non-dispositive matters pursuant to 28 U.S.C. 636(b)(1)(A) on Plaintiff Ashley Burke's ("Plaintiff") Motion to Compel. (ECF No. 66.) (the "Motion"). Plaintiff advises the Court of ongoing discovery disputes addressed in her Motion.

To that end, the Court ORDERS that the parties again meet and confer, and then file a joint status memorandum not exceeding twenty (20) pages in length setting forth (1) the posture of the case, (2) the nature of the discovery dispute, (3) the efforts made by the parties to resolve the dispute, (4) the position of each party regarding the dispute, and (5) a certification under Local Rule 37(E) signed by counsel for each party that they have met and conferred in good faith to resolve the dispute before involving the Court.  Counsel are reminded that discovery disputes requiring judicial intervention are strongly disfavored and that the Court will consider imposing sanctions pursuant to Federal Rule of Civil Procedure 37 and Local Rule 37, including the awarding of attorney fees, against any party not acting in good faith to resolve a dispute before involving the Court.

Further, the Court ORDERS that a hearing shall be held on October 5, 2016, at 3:30 p.m., at which time the parties shall be heard on the Motion.

Let the Clerk file this Order electronically and notify all counsel accordingly.

It is so ORDERED.

                                                /s/
                                          David J. Novak
                                          United States Magistrate Judge

Richmond, Virginia
Date: September 27, 2016