IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | |
|---|---|
| ASHLEY BURKE,<br>    Plaintiff,<br><br>v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br>    Defendant. | )<br>)<br>)<br>)   Civil No. 3:16cv153 (HEH)<br>)<br>)<br>)<br>) |

**ORDER**

This matter comes before the Court for resolution of non-dispositive matters pursuant to 28 U.S.C. 636(b)(1)(A) on Plaintiff Ashley Burke's ("Plaintiff") Motion for Sanctions for Failure to Comply with the Court's Order Dated October 11, 2016 ("Motion for Sanctions") (ECF No. 101), after having been referred to the undersigned by United States District Judge Henry E. Hudson (ECF No. 50). Defendant Federal National Mortgage Association ("Defendant") has advised the Court that the parties met and resolved Plaintiff's demand for attorney's fees. (ECF No. 141.) Based on the representations of Defendant's counsel that the issue of sanctions has been resolved, the Court hereby DENIES the Motion for Sanctions (ECF No. 101) AS MOOT.

Let the Clerk file this Order electronically and notify all counsel and United States District Judge Henry E. Hudson accordingly.

It is so ORDERED.

/s/
David J. Novak
United States Magistrate Judge

Richmond, Virginia
Date: October 25, 2016